IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00234-01-CR-W-BCW |
| ) | |
| DEJUAN CUTCHLOW, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Lajuana M. Counts' Report and Recommendation (Doc. #37) denying Defendant Cutchlow's Motion to Suppress (Doc. #21). Defendant filed objections (Doc. #38) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Counts' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #37), Defendant's Motion to Suppress (Doc. #21) is DENIED. It is further

ORDERED that Magistrate Judge Counts' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: September 24, 2020         /s/ Brian C. Wimes
                                  JUDGE BRIAN C. WIMES
                                  UNITED STATES DISTRICT COURT